# Order

Michigan Supreme Court
Lansing, Michigan

March 20, 2019

157940 & (166)(176)(178)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JOHN CORYELL KELSEY, II,
       Defendant-Appellant.

SC: 157940
COA: 329229
Ingham CC: 14-001380-FH

_____/

On order of the Court, the motion to file third supplemental authority is GRANTED. The December 19, 2018 motion for miscellaneous relief is DENIED. The February 1, 2019 motion for miscellaneous relief is DENIED with respect to the defendant's request to strike the prosecution's brief filed in this Court, but is GRANTED with respect to his request to add issues. The application for leave to appeal the April 17, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE Section XI of the judgment of the Court of Appeals, and we REMAND this case to the Ingham Circuit Court to conduct a restitution hearing. The defendant raised a timely objection to the amount of restitution requested by the prosecution and made a timely request for a restitution hearing to resolve that dispute. See MCL 780.767(4). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk

t0313